United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 12-16006-jkf
Joy E. Wedderburn                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 2           Date Rcvd: Jun 15, 2017
                              Form ID: pdf900           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
```
db             +Joy E. Wedderburn,    48 W. Tulpehocken Street,    Philadelphia, PA 19144-2608
NONE           +Brad J. Sadek,    Sadek Law Offices,    1315 Walnut Street,    Suite 302,
                 Philadelphia, PA 19107-4705
cr              Eucalyptus,    Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12789149       +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
12817193       +Bank of America,    c/o Andrew F. Gornall, Esq,    701 Market Street, Ste 5000,
                 Phila., PA 19106-1541
12899513        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12789150       +Capital Bank,    1 Church St,    Rockville, MD 20850-4190
13324222       +NRZ Pass-Through Trust I et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
12810427       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12939690       +Sadek Law Offices, LLC,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
12789153       +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
12789154       +Zenith Acqu,    220 John Glenn Dr. Ste 1,    Amherst, NY 14228-2246
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:14:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 16 2017 01:14:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12789148       +E-mail/Text: EBNProcessing@afni.com Jun 16 2017 01:14:15     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
12881840       +E-mail/Text: EBNProcessing@afni.com Jun 16 2017 01:14:15     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12796720        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2017 01:09:35
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
12829419        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2017 01:09:19
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK 73126-9093
12915385        E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:34     City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12789151       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 16 2017 01:14:22
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
12909316        E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2017 01:09:25     Eucalyptus,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12789152       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2017 01:09:35     Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
12797703        E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2017 01:09:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jun 15, 2017
                              Form ID: pdf900              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
         BRAD J. SADEK    on behalf of Debtor Joy E. Wedderburn brad@sadeklaw.com
         DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore
          Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore
          Loan Management Services bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY E WEDDERBURN | Chapter 13 |
| Debtor | Bankruptcy No. 12-16006-JKF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: June 15, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
JOY E WEDDERBURN

48 W. TULPEHOCKEN ST.
PHILADELPHIA, PA 19144