UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Joy E. Wedderburn | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 12-16006-jkf |

## MOTION TO RECONSIDER ORDER DISMISSING CHAPTER 13 CASE

Joy E. Wedderburn, the "Debtor" in the above captioned bankruptcy case now comes and moves this court to Reconsider its June 15, 2017 Order Dismissing the instant bankruptcy matter without an entry of discharge and in support thereof avers the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about June 22, 2012.

2. The Chapter 13 bankruptcy matter was assigned case number 12-16006.

3. The Debtor's Chapter 13 Plan was confirmed on or about March 7, 2013.

4. On or about January 24, 2017, the Chapter 13 Trustee filed a Motion to Dismiss for failure to make trustee payments.

5. The hearing on the Trustee's Motion was continued three times and on June 15, 2017, the instant matter was ultimately marked as Dismissed by the Honorable Court.

6. Despite the instant case being marked as Dismissed, on or about July 2, 2017, the Debtor paid the Chapter 13 Trustee the sum of $3,200.00.

7. In accordance with the Chapter 13 Case Status System as of the date of filing the instant Motion, the Debtor is delinquent in the amount of $4,283.08.

8. The $3,200.00 paid on July 2, 2017 has not been credited to the Debtor's account with the Chapter 13 Trustee.

9. Prior to the hearing date on the instant Motion, the Debtor will pay her Chapter 13 balance of $1,083.08, after the $3,200.00 is credited to her.

10. The Debtor is desirous of receiving a discharge by virtue of her Chapter 13 Bankruptcy proceeding.

WHEREFORE, Debtor respectfully requests that the Court reconsider its October June 15, 2017 Order closing the instant bankruptcy matter without an entry of discharge and enter an Order granting the Debtor a Chapter 13 Discharge.

Respectfully submitted,

Dated: July 19, 2017

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1315 Walnut Street
Suite 804
Philadelphia, PA 19107