UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Joy E. Wedderburn | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 12-16006-jkf |

## ORDER

AND NOW, this 27th day of August 2017, upon consideration of the Motion to Reconsider the Dismissal of the instant bankruptcy matter, it is hereby;

ORDERED that the motion is GRANTED and the Order of this Court dated June 15, 2017 dismissing the instant Chapter 13 Bankruptcy without the entry of an order of discharge is vacated.

_____
Judge Jean K. FitzSimon

DATED:_____