United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-16006-jkf
Joy E. Wedderburn                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Aug 28, 2017
                             Form ID: pdf900         Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
```
db             +Joy E. Wedderburn,   48 W. Tulpehocken Street,   Philadelphia, PA 19144-2608
NONE           +Brad J. Sadek,   Sadek Law Offices,   1315 Walnut Street,   Suite 302,
                 Philadelphia, PA 19107-4705
cr              Eucalyptus,   Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12789149       +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
12817193       +Bank of America,   c/o Andrew F. Gornall, Esq,   701 Market Street, Ste 5000,
                 Phila., PA 19106-1541
12899513        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
12789150       +Capital Bank,   1 Church St,   Rockville, MD 20850-4190
13324222       +NRZ Pass-Through Trust I et al,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
                 Irvine, CA 92619-2708
12810427       +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12939690       +Sadek Law Offices, LLC,   1315 Walnut Street,   Suite 302,   Philadelphia, PA 19107-4705
12789153       +Sunrise Credit Service,   234 Airport Plaza Blvd S,   Farmingdale, NY 11735-3938
12789154       +Zenith Acqu,   220 John Glenn Dr. Ste 1,   Amherst, NY 14228-2246
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 29 2017 01:39:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 01:39:02
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2017 01:39:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12789148       +E-mail/Text: EBNProcessing@afni.com Aug 29 2017 01:39:17     Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
12881840       +E-mail/Text: EBNProcessing@afni.com Aug 29 2017 01:39:16     Afni, Inc.,   PO Box 3667,
                 Bloomington, IL 61702-3667
12796720        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:48:50
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
12829419        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:48:50
                 American InfoSource LP as agent for,   InSolve Recovery, LLC,   PO Box 269093,
                 Oklahoma City, OK  73126-9093
12915385        E-mail/Text: bankruptcy@phila.gov Aug 29 2017 01:39:22     City of Philadelphia,
                 SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
                 1515 Arch Street, 15th Floor,   Philadelphia, PA  19102-1595
12789151       +E-mail/Text: cwade@creditmanagementcompany.com Aug 29 2017 01:39:20     Credit Management Co,
                 2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
12909316        E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:40:02     Eucalyptus,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12789152       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:48:38     Lvnv Funding Llc,
                 Po Box 740281,   Houston, TX 77274-0281
12797703        E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:40:17
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Aug 28, 2017
                              Form ID: pdf900         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
            BRAD J. SADEK    on behalf of Debtor Joy E. Wedderburn brad@sadeklaw.com
            DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore
             Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
            DENISE ELIZABETH CARLON    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore
             Loan Management Services bkgroup@kmllawgroup.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joy E. Wedderburn : Chapter 13

Debtor : Case No.: 12-16006-jkf

## ORDER

AND NOW, this 27th day of August 2017, upon consideration of the Motion to Reconsider the Dismissal of the instant bankruptcy matter, it is hereby;

ORDERED ~~and DECREED~~ that the motion is GRANTED and the Order of this Court dated June 15, 2017 dismissing the instant Chapter 13 Bankruptcy without the entry of an order of discharge is vacated ~~and a Chapter 13 discharge shall be entered.~~

~~FURTHER ORDERED:~~

_____
Judge Jean K. FitzSimon

DATED:_____