Certificate Number: 03088-PAE-DE-029834019

Bankruptcy Case Number: 12-16006



03088-PAE-DE-029834019

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2017, at 7:19 o'clock PM CDT, Joy E Wedderburn completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 5, 2017

By:      /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor