## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joy E. Wedderburn<br>　　　　　　Debtor<br><br>NRZ Pass-Through Trust I, U.S. Bank National Association as trustee c/o its servicer Rushmore Loan Management Services<br>　　　　　　Movant<br>　　v.<br>Joy E. Wedderburn<br>　　　　　　Debtor<br><br>William C. Miller, Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 12-16006 AMC |

## ORDER

AND NOW, this 20th day of December, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on September 8, 2014, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 48 W. Tulpehocken Street, Philadelphia, PA 19144, to allow NRZ Pass-Through Trust I, U.S. Bank National Association as trustee c/o its servicer Rushmore Loan Management Services, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and to pursue its in rem State Court remedies against the property, which actions may include continuation or commencement of mortgage foreclosure proceedings against the property, and the execution of judgment and Sheriff's Sale of the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge

cc: See attached service list

Joy E. Wedderburn
48 W. Tulpehocken Street
Philadelphia, PA 19144

William C. Miller, Esq.
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532