United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-16006-amc
Joy E. Wedderburn                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db              +Joy E. Wedderburn,    48 W. Tulpehocken Street,    Philadelphia, PA 19144-2608
NONE            +Brad J. Sadek,    Sadek Law Offices,    1315 Walnut Street,    Suite 302,
                  Philadelphia, PA 19107-4705
cr               Eucalyptus,    Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
12789149        +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
12817193        +Bank of America,    c/o Andrew F. Gornall, Esq,    701 Market Street, Ste 5000,
                  Phila., PA 19106-1541
12899513         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12789150        +Capital Bank,    1 Church St,    Rockville, MD 20850-4190
13324222        +NRZ Pass-Through Trust I et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                  Irvine, CA 92619-2708
12810427        +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
12939690        +Sadek Law Offices, LLC,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
12789153        +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
12789154        +Zenith Acqu,    220 John Glenn Dr. Ste 1,    Amherst, NY 14228-2246
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:30     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:23
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:59     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12789148        +E-mail/Text: EBNProcessing@afni.com Dec 21 2017 01:43:42     Afni, Inc.,    Po Box 3427,
                  Bloomington, IL 61702-3427
12881840        +E-mail/Text: EBNProcessing@afni.com Dec 21 2017 01:43:42     Afni, Inc.,    PO Box 3667,
                  Bloomington, IL 61702-3667
12796720         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2017 01:51:59
                  American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                  Oklahoma City, OK  73124-8848
12829419         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2017 01:51:29
                  American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                  Oklahoma City, OK  73126-9093
12915385         E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:30     City of Philadelphia,
                  SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                  1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12789151        +E-mail/Text: kcarter@creditmanagementcompany.com Dec 21 2017 01:43:56     Credit Management Co,
                  2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
12909316         E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2017 01:39:18     Eucalyptus,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12789152        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:50:58     Lvnv Funding Llc,
                  Po Box 740281,    Houston, TX 77274-0281
12797703         E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2017 01:39:18
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW              Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Joy E. Wedderburn brad@sadeklaw.com,    bradsadek@gmail.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore
               Loan Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore
               Loan Management Services bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NRZ Pass-Through Trust I, U.S. Bank National
               Association as trustee c/o its servicer Rushmore Loan Management Services bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joy E. Wedderburn
    Debtor(s)

Bankruptcy No: 12−16006−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/20/17

73 − 72
Form 138_new