United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joy E. Wedderburn  
      Debtor

Case No. 12-16006-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 20, 2017  
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db          +Joy E. Wedderburn,    48 W. Tulpehocken Street,    Philadelphia, PA 19144-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BRAD J. SADEK    on behalf of Debtor Joy E. Wedderburn brad@sadeklaw.com,   bradsadek@gmail.com  
        BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com,   bradsadek@gmail.com  
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore Loan Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com  
        DENISE ELIZABETH CARLON    on behalf of Creditor    NRZ Pass-Through Trust I et al c/o Rushmore Loan Management Services bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    NRZ Pass-Through Trust I, U.S. Bank National Association as trustee c/o its servicer Rushmore Loan Management Services bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                              TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joy E. Wedderburn<br>　　　　　　　Debtor<br><br>NRZ Pass-Through Trust I, U.S. Bank National Association as trustee c/o its servicer Rushmore Loan Management Services<br>　　　　　　　Movant<br>　　v.<br>Joy E. Wedderburn<br>　　　　　　　Debtor<br><br>William C. Miller, Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 12-16006 AMC |

**ORDER**

AND NOW, this 20th day of December, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on September 8, 2014, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 48 W. Tulpehocken Street, Philadelphia, PA 19144, to allow NRZ Pass-Through Trust I, U.S. Bank National Association as trustee c/o its servicer Rushmore Loan Management Services, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and to pursue its in rem State Court remedies against the property, which actions may include continuation or commencement of mortgage foreclosure proceedings against the property, and the execution of judgment and Sheriff's Sale of the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge

cc: See attached service list

Joy E. Wedderburn
48 W. Tulpehocken Street
Philadelphia, PA 19144

William C. Miller, Esq.
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532